# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| BERNICE THOMAS, | 3:12-cv-00375-LRH-WGC |
| Plaintiff, | **MINUTES OF THE COURT** |
| vs. | |
| | July 25, 2013 |
| GREYHOUND LINES, INC., et al., | |
| Defendants. | |

PRESENT: <u>THE HONORABLE WILLIAM G. COBB</u>, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   <u>KATIE LYNN OGDEN</u>   REPORTER: <u>NONE APPEARING</u>

COUNSEL FOR PLAINTIFF(S): <u>NONE APPEARING</u>

COUNSEL FOR DEFENDANT(S): <u>NONE APPEARING</u>

**MINUTE ORDER IN CHAMBERS:**

Before the court is Plaintiff's Notice of Withdrawal Motion to Compel. (Doc. # 36.) Plaintiff's counsel represents that the issues raised in Plaintiff's motion to compel have been or are being resolved and further requests that the July 26, 2013, hearing on the motion be vacated. (*Id*. at 1.)

Good cause appearing,

Plaintiff's Motion to Compel Discovery (Doc. # 24) is therefore **DENIED** as moot and the hearing scheduled for July 26, 2013, is **VACATED.**

**IT IS SO ORDERED.**

LANCE S. WILSON, CLERK

By:   /s/
Deputy Clerk